UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 23-1679-KK-SPx** | Date: | June 24, 2024 |
|---|---|---|---|
| Title: | *Construction Laborers Trust Funds for Southern California Administrative Company v. Nicanor Dorado, et al.* | | |

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (In Chambers) Order to Show Cause for Failure to File Timely Status Report**

On March 19, 2024, the Court granted Plaintiff's Motion for an Interlocutory Order for Accounting.  ECF Docket No. ("Dkt.") 39.  The Court additionally ordered Plaintiff to file a report "no later than 90 days from entry of this Order as to the progress and results of the audit."  Id. at 3.  Thus, Plaintiff's Status Report was due by June 17, 2024.  To date, however, Plaintiff has not filed the required Status Report.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why sanctions should not be imposed.  Plaintiff shall have up to and including July 1, 2024 to file a response to this Order.

**Plaintiff is expressly warned that failure to comply with this Order will result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders.  See FED. R. CIV. P. 41(b).**

**IT IS SO ORDERED.**