UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY,<br><br>                Plaintiff,<br><br>                v.<br><br>NICANOR DORADO,<br><br>                Defendant(s). | Case No. EDCV 23-1679-KK-SPx<br><br>JUDGMENT |

      Pursuant to the Order Granting Plaintiff's Motion for Default Judgment, IT IS HEREBY ADJUDGED that judgment is entered in favor of plaintiff Construction Laborers Trust Funds for Southern California Administrative Company ("Plaintiff") against defendant Nicanor Dorado ("Defendant").

      Pursuant to this Judgment, Defendant is ORDERED to pay Plaintiff damages in the amount of $65,368.72 from the date of entry of judgment in this action.  (JS-6)

Dated:  January 29, 2025

_____
HONORABLE KENLY KIYA KATO
United States District Judge